# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERTO GOMEZ, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-24-600-D |
| YAZOO CITY USP, | ) |
| Respondent. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B)-(C), the Court adopts the Report and Recommendation [Doc. No. 4] in its entirety.

For the reasons stated therein, this action is **TRANSFERRED** to the United States District Court for the Southern District of Mississippi.

**IT IS SO ORDERED** this 23rd day of July, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge